```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 19239
    EMIL K LAM
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2742


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/17/2004 and was confirmed 07/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   70.00%.

      The case was paid in full 05/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED         11142.31           .00         7799.62
AMERICAN EXPRESS TRAVEL    UNSECURED           377.31           .00          264.12
ROUNDUP FUNDING LLC        UNSECURED          8983.54           .00         6288.48
ROUNDUP FUNDING LLC        UNSECURED          7667.63           .00         5367.34
ROUNDUP FUNDING LLC        UNSECURED          8820.88           .00         6174.62
ECAST SETTLEMENT CORP      UNSECURED          3063.72           .00         2144.60
CHASE AUTOMOTIVE FINANCE   UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED          8585.00           .00         6009.50
HOME DEPOT                 UNSECURED         NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED          6218.16           .00         4352.71
HOUSEHOLD FINANCE CORP     UNSECURED         10964.53           .00         7675.17
HARRIS BANK                UNSECURED          3854.74           .00         2698.32
RESURGENT ACQUISITION LL   UNSECURED          2695.49           .00         1886.84
ZALUTSKY & PINSKI LTD      REIMBURSEMENT       194.00           .00          194.00
HARRIS BANK                UNSECURED           132.66           .00           92.86
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                          3,167.19
DEBTOR REFUND              REFUND                                             784.63

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              57,600.00

PRIORITY                                          194.00
SECURED                                              .00
UNSECURED                                      50,754.18
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            3,167.19
DEBTOR REFUND                                     784.63
                     ---------------         ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 19239 EMIL K LAM
```

```
TOTALS                                   57,600.00              57,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```